UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>　　　　　　　　　Defendant. | No.<br><br>DECLARATION OF OLIVIA LIPPENS IN SUPPORT OF NOTICE OF REMOVAL |

Olivia Lippens declares as follows:

1. I am the President and General Manager for Clear Channel Outdoor, Inc. I make these statements of my own personal knowledge.

2. Clear Channel Outdoor, Inc., is organized under the laws of Delaware and its principal place of business is in San Antonio, Texas.

3. In 2007, Clear Channel's signs in Tacoma were worth in excess of $30,000,000. Since that time, the signs have increased in value.

4. The Clear Channel signs affected by Tacoma Substitute Ordinance 28009 have a collective value far in excess of $75,000.

DECLARATION OF OLIVIA LIPPENS IN SUPPORT OF NOTICE
OF REMOVAL - 1

1    I declare under penalty of perjury under the laws of the state of Washington that this
2    declaration is true and correct.
3    DATED at Seattle, Washington, this 7th day of September, 2011.

_____
Olivia Lippens

DECLARATION OF OLIVIA LIPPENS IN SUPPORT OF NOTICE OF REMOVAL - 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 16th day of September, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Shelley M. Kerslake
Kenyon Disend, PLLC
11 Front Street South
Issaquah, WA  98027-3820

/s/ Paul R. Taylor
Paul R. Taylor, WSBA #14851
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
ptaylor@byrneskeller.com

DECLARATION OF OLIVIA LIPPENS IN SUPPORT OF NOTICE OF REMOVAL - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000