The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>Defendant. | NO. 3:11-cv-05747-BHS<br><br>DECLARATION OF CHRIS D. BACHA IN SUPPORT OF CITY OF TACOMA'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

I, Chris D. Bacha, declare and state as follows:

1. I am over the age of eighteen years, competent to testify herein, and make this declaration on personal knowledge of the facts stated in support of the City of Tacoma's Opposition to Defendant's Motion to Dismiss.

2. I am an attorney at Kenyon Disend, PLLC and colleague of Shelley Kerslake.

3. On March 17, 2010, I discussed the terms of the Proposed Settlement Agreement at issue in this case with Paul Taylor, counsel for Clear Channel Outdoor, while Shelley Kerslake was out of town.

4. We specifically discussed paragraph 3 of the Proposed Settlement Agreement regarding amortization. Mr. Taylor did not like the amortization language proposed by

DECLARATION OF CHRIS D. BACHA IN
SUPPORT OF CITY OF TACOMA'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
CV 11-05747-BHS - 1



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

the City. He communicated that it was Clear Channel's fear that the day after its lawsuit was dismissed and the Proposed Settlement Agreement was executed, the City could enact an ordinance prohibiting *digital* signs after a five year amortization period. This was not his client's desired outcome.

5. To understand what Clear Channel wanted paragraph 3 to achieve, I discussed several hypothetical situations. It was clear that Clear Channel wanted its *digital* billboard signs to have a grandfathered exemption in perpetuity. In addition, Clear Channel did not want to be subject to the traditional non-conforming use limitations that would typically prohibit increases in digital billboard size and other related specifications.

6. At no time did Mr. Taylor raise the issue of paragraph 3 applying to anything other than digital billboards.

I declare that the foregoing is true and correct subject to the penalty of perjury under the laws of the state of Washington.

DATED this 13th day of October, 2011 at Issaquah, Washington.

_____
Chris D. Bacha

DECLARATION OF CHRIS D. BACHA IN
SUPPORT OF CITY OF TACOMA'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS
CV 11-05747-BHS - 2



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071