| | |
|---|---|
| **From:** | "Shelley Kerslake" <smkkd@comcast.net> |
| **To:** | "'Taylor, Paul'" <ptaylor@byrneskeller.com> |
| **Date:** | 1/14/2011 9:44 AM |
| **Subject:** | CCO/Tacoma |
| **CC:** | "'KATHY SWOYER'" <kathys@kenyondisend.com> |
| **Attachments:** | Sign Code Schedule - Draft (8-12-10) (2).pdf |

Good morning, Paul! I met with the City regarding the adoption schedule. It appears from the code requirements for outreach, public notice and deliberative process that an earlier adoption date it not possible. By way of background, I attach to this e-mail the original schedule that follows the City's normal process for these types of matters. As you can see, a July adoption date is moving at the speed of light for this City. I trust that Clear Channel as seen enough significant work on the part of the City to understand that it is acting in good faith to implement the settlement agreement.

As I didn't see a CCO representative at the Council Committee meeting on Tuesday, I would like to provide an update for you. The Council was briefed on the various policy issues related to the code revisions. They asked very good questions which evidenced their commitment to implementation of the settlement. At their previous meeting they had asked for some information regarding traffic safety. The City's Engineering Department made a presentation which concluded that there was nothing definitive stating that digital billboards were unsafe and that the City would just want to be sure that it regulated light levels and flashing/scrolling movements — all things which CCO has agreed to.

Finally, I received some more information regarding billboard size. There is little concern if CCO converts a large billboard to a large digital billboard — as it doesn't impact the area in a significant way. The concern arises if CCO converts a poster to a digital bulletin, as that would be a significant impact for the area. It seems to me that this is easily dealt with as it within CCO's control as to what size billboard they convert to digital. The only time the size issue would arise would be if CCO put a billboard in a location where there currently are none and it would not be a conversion. Let's chat through this, when you have a moment.

Click here to report this email as spam.

EXHIBIT **A**

1/14/2011



**Draft Schedule**
*August 11, 2010*

| DATE | EVENT |
|---|---|
| July-August | Establish internal work teams, schedule, public outreach plan and begin benchmarking<br>Conduct research on best practices for sign regulations |
| August-September | Work teams conduct a comprehensive review of sign code provisions in Chapter 13.06 (Zoning) and in other Municipal Code sections for consistency, needed updates, and issues of concern.<br>Review Comprehensive Plan policies pertaining to signs<br>Develop initial scope of review for update based upon completion of code review<br>Compile stakeholder/notification list |
| October | **Planning Commission initial presentation on findings from plan and code review, draft scope of potential code revisions, schedule and public outreach plan** |
| October-November | Internal team continues code review, benchmarking, and other research and begins work on analyzing options to address key issues |
| November | Establish Stakeholder Technical Review Committee and hold initial meeting |
| December | **Planning Commission presentation on key policy issues, benchmarking and potential options for code revisions ; Commission provides direction to staff on how to proceed** |
| December-January 2011 | Refine draft code proposals and options<br>Review with Stakeholder Technical Committee |
| January-February | Conduct public outreach including community workshop, presentations to Community Council, Cross-District Association, others as needed or requested. |
| February | Compile public comments and develop potential changes to proposed options |
| March | **Planning Commission discussion of community input and possible code revisions to address concerns** |
| February-March | Work team refines code revisions and develops preliminary draft for internal and external stakeholder review |
| March | Review preliminary draft with Stakeholder Technical Committee |
| April | **Planning Commission discussion of preliminary draft of sign code amendments** |
| April | **Potential Second Community workshop** |
| May | Work team develops revised draft for public review and comment and develops staff report<br>Prepare public hearing notice and mandated 60 day notice to state agencies<br>Prepare SEPA checklist |
| May | Review revised draft with Stakeholder Technical Committee |

*Continued on Next Page*

| DATE | EVENT |
|---|---|
| June | Planning Commission final review and authorization for public distribution of draft code amendments<br>Commission sets Public Hearing date |
| June | Distribution of public hearing notice and draft amendments for public review and comment (property owners, stakeholders, agencies, departments, organizations, Neighborhood Councils, business districts, adjacent jurisdictions, State agencies, libraries, etc.)<br>Issue preliminary SEPA Determination and circulate for comment<br>Public notice, draft amendments, staff report, SEPA determination, etc. forwarded to Council in CMO Weekly Letter<br>Prepare and publish required notices in newspapers |
| June-July | Public Review and comment period on draft amendments |
| July | Planning Commission Public Hearing on draft sign code amendments |
| July-August | Oral and written comments on draft amendments are compiled, key issues identified and staff responses developed |
| August-September | Planning Commission discussion of hearing testimony and staff responses; direction provided on possible revisions to draft code |
| August-September | Develop recommended draft code based upon Commission direction, prepare draft Findings and Recommendations Report and draft Recommendation Letter |
| September | Commission makes its recommendations to City Council on draft amendments, approves Findings and Recommendations Report and Recommendation Letter |
| September | City Council adopts Resolution to set their public hearing |
| September | Staff compiles the official records of the Planning Commission's review and action and forwards to City Council<br>Staff prepares public notice for City Council public hearing |
| September | Public Review and comment period on recommended amendments |
| September | Staff presents Commission's recommended amendments at City Council study session |
| September | City Council Public Hearing |
| September-October | Staff responds to Council questions and, if requested, prepares revisions to recommended amendments |
| October | City Council First and Second Reading of adopting ordinance |
| November 1, 2011 | Effective Date of revised regulations |