## FIRST AMENDMENT TO SETTLEMENT AGREEMENT
## BETWEEN CITY OF TACOMA AND CLEAR CHANNEL

Clear Channel and the City of Tacoma were parties to a lawsuit, Clear Channel v. City of Tacoma, United States District Court, Western District of Washington, No. C-07-5407 BHS. Pursuant to that lawsuit, the City executed a Settlement Agreement. Although Clear Channel has not yet executed the Settlement Agreement, it has an option period in which it may do so, as set forth in Paragraph 6 of the Settlement Agreement.

Clear Channel and the City of Tacoma agree that the Option Period in Paragraph 6 of the Settlement Agreement is amended such that the final date by which Clear Channel may execute the Settlement Agreement is extended to August 15, 2011. This new date is also applicable to the provisions of Paragraph 2 of the parties' Agreement Re Dismissal of Lawsuit.

CLEAR CHANNEL OUTDOOR

By_____
   Olivia Lippens,
President & General Manager, Seattle Division

CITY OF TACOMA

_____
Tacoma City Manager


_____
Tacoma City Clerk


_____
Tacoma City Attorney


EXHIBIT B

## FIRST AMENDMENT TO SETTLEMENT AGREEMENT
## BETWEEN CITY OF TACOMA AND CLEAR CHANNEL

Clear Channel and the City of Tacoma were parties to a lawsuit, Clear Channel v. City of Tacoma, United States District Court, Western District of Washington, No. C-07-5407 BHS. Pursuant to that lawsuit, the City executed a Settlement Agreement. Although Clear Channel has not yet executed the Settlement Agreement, it has an option period in which it may do so, as set forth in Paragraph 6 of the Settlement Agreement.

Clear Channel and the City of Tacoma agree that the Option Period in Paragraph 6 of the Settlement Agreement is amended such that the final date by which Clear Channel may execute the Settlement Agreement is extended to August 15, 2011. This new date is also applicable to the provisions of Paragraph 2 of the parties' Agreement Re Dismissal of Lawsuit.

CLEAR CHANNEL OUTDOOR


By_____
   Olivia Lippens,
President & General Manager, Seattle Division


CITY OF TACOMA

_____
Tacoma City Manager


_____   1-25-11
Tacoma City Clerk


_____
Tacoma City Attorney