Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF TACOMA, a municipal corporation, )
)
                                    Plaintiff, )  No. C11-5747 BHS
)
    v. )  STIPULATION AND [PROPOSED]
)  ORDER EXTENDING CERTAIN
CLEAR CHANNEL OUTDOOR, INC., a )  PRETRIAL DATES
Delaware corporation, )
)
                                  Defendant. )
)

**Stipulation**

The undersigned stipulate to the following new pretrial dates:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | August 9, 2012 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | September 10, 2012 |
| All motions related to discovery must be FILED by | September 20, 2012 |
| Discovery COMPLETED by | October 17, 2012 |
| All dispositive motions must be FILED by | November 16, 2012 |
| Settlement conference per Local Rule CR 39.1(c)(2) HELD no later than | December 3, 2012 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES (C11-5747 BHS) - 1

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

All other dates shall remain unchanged.

DATED this 18th day of June, 2012.

| BYRNES & KELLER LLP | KENYON DISEND, PLLC |
|---|---|
| By /s/<br>   Paul R. Taylor, WSBA #14851<br>   Steven C. Minson, WSBA #30974<br>1000 Second Avenue, 38th Floor<br>Seattle, WA  98104<br>Telephone:  (206) 622-2000<br>Facsimile:  (206) 622-2522<br>Email:  ptaylor@byrneskeller.com<br>       sminson@byrneskeller.com<br>Attorneys for Defendant Clear Channel | By /s/<br>Shelley M. Kerslake, WSBA # 21820<br>11 Front Street South<br>Issaquah, WA  98027-3820<br>Telephone:  (425) 392-7090<br>Facsimile: (425) 392-7071<br>Email: Shelley@kenyondisend.com<br>Attorneys for Plaintiff City of Tacoma |

## Order

Based upon the foregoing, the Court revises the case schedule as follows:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | August 9, 2012 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | September 10, 2012 |
| All motions related to discovery must be FILED by | September 20, 2012 |
| Discovery COMPLETED by | October 17, 2012 |
| All dispositive motions must be FILED by | November 16, 2012 |
| Settlement conference per Local Rule CR 39.1(c)(2) HELD no later than | December 3, 2012 |
| Mediation per Local Rule CR 39.1(c) HELD no later than | December 6, 2012 |
| Letter of compliance as to Local Rule CR 39.1 FILED | December 17, 2012 |
| Motions in limine should be FILED by this date | December 10, 2012 |
| Agreed pretrial order FILED with the Court by | December 24, 2012 |
| Pretrial conference will be HELD at 11:00 AM on | December 31, 2012 |
| Trial Briefs, proposed voir dire, and jury instructions due | December 26, 2012 |
| SEVEN DAY JURY TRIAL set for 9:00 a.m. | January 15, 2013 |

STIPULATION AND [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES (C11-5747 BHS) - 2

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

DATED this _____ day of June, 2012.

_____
Honorable Benjamin H. Settle

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/_____
    Paul R. Taylor, WSBA #14851
    Steven C. Minson, WSBA #30974
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
Email:  ptaylor@byrneskeller.com
           sminson@byrneskeller.com

*OF COUNSEL*

Mark D. Hopson*
Gordon D. Todd*
Joseph R. Guerra*
SIDLEY AUSTIN LLP

Attorneys for Defendant Clear Channel Outdoor

KENYON DISEND, PLLC

By /s/_____
Shelley M. Kerslake, WSBA # 21820
11 Front Street South
Issaquah, WA  98027-3820
Telephone:  (425) 392-7090
Facsimile: (425) 392-7071
Email: Shelley@kenyondisend.com

Attorneys for Plaintiff City of Tacoma

STIPULATION AND [PROPOSED] ORDER EXTENDING
CERTAIN PRETRIAL DATES (C11-5747 BHS) - 3

BYRNES ♦ KELLER ♦ CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 622-2000