UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CITY OF TACOMA, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR CHANNEL OUTDOOR, INC., <br><br> Defendant. | CASE NO. C11-5747 BHS <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion to extend certain pretrial dates. Dkt. 26.

The Court may modify a scheduling order for good cause. Fed. R. Civ. P. 16(b)(4). In this case, the parties have shown good cause to modify some of the deadlines. The Court finds, however, that there is not good cause to extend the dispositive motion deadline as requested. Considering the length of the briefing schedule and adequate time to consider any motion, the Court will grant only a short extension of the deadline. Therefore, the Court grants the stipulation in part and denies it in part and sets deadlines as follows:

| | | |
|---|---|---|
| 1 | Expert Witness Disclosure/Reports under FRCP 26(a)(2): | 8/9/2012 |
| 2 | Rebuttal Expert Disclosure/Reports: | 9/10/2012 |
| 3 | Discovery Motions: | 9/20/2012 |
| 4 | Discovery completed: | 10/17/2012 |
| 5 | Dispositive motions: | 11/1/2012 |

**IT IS SO ORDERED.**

Dated this 26th day of June, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge