The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>　　　　　　　　　　　　Defendant. | NO. 3:11-cv-05747-BHS<br><br>CITY OF TACOMA'S MOTION FOR CONTINUANCE OF TRIAL DATE AND PRE-TRIAL DEADLINES<br><br>NOTE ON MOTION CALENDAR: AUGUST 3, 2012 |

Pursuant to Fed. R. Civ. P. 16(b)(4), Local Rules CR 7 and CR 40(b), and the Court's scheduling order dated February 14, 2012 (Dkt. 24), Plaintiff City of Tacoma, by and through its undersigned attorneys, requests that the court enter an order continuing the January 15, 2013 trial date in this matter.

Counsel for plaintiff is currently undergoing treatment for a serious health condition that has resulted in her taking intermittent medical leave. Plaintiff's counsel's treatment regimen will delay Plaintiff's vigorous pursuit of this lawsuit and Plaintiff's ability to comply with upcoming discovery and pre-trial deadlines. (Declaration of Shelley M. Kerslake filed herewith.) Plaintiff requests that trial in this matter be

CITY OF TACOMA'S MOTION FOR
CONTINUANCE OF TRIAL DATE AND PRE-
TRIAL DEADLINES
CV 11-05747-BHS - 1



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

continued six months to July, 2013, or any time thereafter that is convenient for the court. Plaintiff further requests that the Court issue a new Order Setting Case Schedule to reflect the new trial date and related deadlines.

DATED this 20th day of July, 2012.

KENYON DISEND, PLLC

By   s/ Shelley M. Kerslake
Shelley M. Kerslake
WSBA No. 21820
Kenyon Disend, PLLC
11 Front Street South
Issaquah, WA 98027
Telephone: (425) 392-7090
Fax: (425) 392-7071
E-mail: Shelley@KenyonDisend.com
Attorneys for Plaintiff,
City of Tacoma

CITY OF TACOMA'S MOTION FOR
CONTINUANCE OF TRIAL DATE AND PRE-
TRIAL DEADLINES
CV 11-05747-BHS - 2

Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

## DECLARATION OF SERVICE

I, Margaret C. Starkey, declare and state:

1. I am a citizen of the State of Washington, over the age of eighteen years, not a party to this action, and competent to be a witness herein.

2. On the 20th day of July, 2012, I electronically filed the foregoing *City of Tacoma's Motion for Continuance of Trial Date and Pre-Trial Deadlines, Declaration of Shelley Kerslake in Support of the City of Tacoma's Motion for Continuance of Trial Date and Pre-Trial Deadlines* and *proposed Order Continuing Trial Date and Pre-Trial Deadlines* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Paul R. Taylor | Joseph R. Guerra |
| Steven C. Minson | Mark D. Hopson |
| Byrnes & Keller LLP | Gordon D. Todd |
| 1000 Second Ave., 38th Floor | Sidley Austin LLP |
| Seattle, WA  98104 | 1501 "K" St. NW |
| | Washington D.C.  20005 |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 20th day of July, 2012, at Issaquah, Washington.

Margaret C. Starkey

CITY OF TACOMA'S MOTION FOR
CONTINUANCE OF TRIAL DATE AND PRE-
TRIAL DEADLINES
CV 11-05747-BHS - 3



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071