The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CITY OF TACOMA, a municipal corporation,<br><br>                        Plaintiff,<br><br>vs.<br><br>CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,<br><br>                        Defendant. | NO. 3:11-cv-05747-BHS<br><br>ORDER CONTINUING TRIAL DATE AND PRE-TRIAL DEADLINES<br><br>(PROPOSED) |

THIS MATTER having come before the Honorable Benjamin H. Settle, and the Court having specifically considered the following:

1. Plaintiff City of Tacoma's Motion for Continuance of Trial Date and Pre-trial Deadlines;

2. Declaration of Shelley Kerslake in Support of Plaintiff City of Tacoma's Motion for Continuance of Trial Date and Pre-trial Deadlines;

2. Defendant's Response to Motion for Continuance;

3. Plaintiff City of Tacoma's Reply to response to Motion for Continuance; and

4. The records and files herein; and being otherwise fully informed, now therefore:

ORDER CONTINUING TRIAL DATE AND
PRETRIAL DEADLINES
CV 11-05747-BHS - 1



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Continuance is GRANTED.  The trial date is continued to _____ and the Clerk of the Court is requested to forward an amended scheduling order to counsel of record.

DONE IN OPEN COURT this ____ day of _____, 2012.

_____
The Hon. Benjamin H. Settle

Presented by:

KENYON DISEND, PLLC

By:   s/ Shelley M. Kerslake
      Shelley M. Kerslake
      WSBA No. 21820
      Kenyon Disend, PLLC
      11 Front Street South
      Issaquah, WA  98027
      Telephone: (425) 392-7090
      Fax: (425) 392-7071
      E-mail:  Shelley@KenyonDisend.com
      Attorneys for Plaintiff,
      City of Tacoma

ORDER CONTINUING TRIAL DATE AND
PRETRIAL DEADLINES
CV 11-05747-BHS - 2



Kenyon Disend, PLLC
The Municipal Law Firm
11 Front Street South
Issaquah, WA 98027-3820
Tel: (425) 392-7090
Fax: (425) 392-7071