Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CITY OF TACOMA, a municipal corporation,

    Plaintiff,

v.

CLEAR CHANNEL OUTDOOR, INC., a Delaware corporation,

    Defendant.

No. C11-5747 BHS

**STIPULATED AND [PROPOSED] ORDER OF DISMISSAL**

## STIPULATION

The undersigned stipulate that this matter should be dismissed without prejudice and without costs or fees to either party. If the matter is refiled by either party, there should be no fees or costs pursuant to Fed. R. Civ. P. 41.

DATED this 16th day of August, 2012.

BYRNES & KELLER LLP

By /s/ Paul R. Taylor
    Paul R. Taylor, WSBA #14851
    Steven C. Minson, WSBA #30974
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: ptaylor@byrneskeller.com
    sminson@byrneskeller.com
Attorneys for Defendant Clear Channel

KENYON DISEND, PLLC

By /s/ Shelley M. Kerslake (per email authority)
    Shelley M. Kerslake, WSBA # 21820
11 Front Street South
Issaquah, WA 98027-3820
Telephone: (425) 392-7090
Facsimile: (425) 392-7071
Email: Shelley@kenyondisend.com
Attorneys for Plaintiff City of Tacoma

STIPULATED AND [PROPOSED] ORDER OF DISMISSAL (C11-5747 BHS) - 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

**ORDER**

This case is dismissed based on the terms of the stipulation above.

DATED this ___ day of August, 2012.

_____
The Honorable Benjamin H. Settle

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/ Paul R. Taylor
   Paul R. Taylor, WSBA #14851
   Steven C. Minson, WSBA #30974
Byrnes Keller Cromwell LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
Email: ptaylor@byrneskeller.com
       sminson@byrneskeller.com

*OF COUNSEL*

Mark D. Hopson
Gordon D. Todd
Joseph R. Guerra
SIDLEY AUSTIN LLP

Attorneys for Defendant Clear Channel Outdoor

KENYON DISEND, PLLC

By /s/ Shelley M. Kerslake (per email authorization)
   Shelley M. Kerslake, WSBA # 21820
11 Front Street South
Issaquah, WA 98027-3820
Telephone: (425) 392-7090
Facsimile: (425) 392-7071
Email: Shelley@kenyondisend.com

Attorneys for Plaintiff City of Tacoma

STIPULATED AND [~~PROPOSED~~] ORDER OF DISMISSAL (C11-5747 BHS) - 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000